**Vikas KOHLI, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 03–70649, A76–336–710.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 4, 2004.*

Decided Aug. 11, 2004.

Varoujan Agemian, Law Offices of Varoujan Agemian, Glendale, CA, for Petitioner.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Regional Counsel, Western Region, Immigration & Naturalization Service, Laguna Niguel, CA, CAC–District Counsel, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Joan E. Smiley, Richard M. Evans, Mary Jane Candaux, Jacqueline Dryden, DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

Before REINHARDT, NOONAN, and CLIFTON, Circuit Judges.

MEMORANDUM**

Vikas Kohli ("Kohli") seeks review of a final order of removal issued by the Board of Immigration Appeals on January 13, 2003.

Since 8 U.S.C. § 1158(a)(3) eliminates jurisdiction to review a determination that no "extraordinary circumstances" excused a petitioner's untimely filing of an asylum application, *see Molina–Estrada v. INS*, 293 F.3d 1089, 1093 (9th Cir.2002), this court cannot review the IJ's finding that the late filing of the asylum application renders Kohli ineligible for asylum.

As to Kohli's withholding of removal claim, the IJ's determination that Kohli failed to demonstrate a reasonable fear of future persecution is supported by substantial evidence. *See id.* at 1095–96.

**PETITION IS DENIED.**

** This disposition is not appropriate for publication and may not be cited to or by the